UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x
IRENE ZAMD,
          Plaintiff,


      v.                                               Civil Action No. 1:17-cv-11219


VERTEX PHARMACEUTICALS,
INC.,
          Defendant.
---------------------------------------------x

## JOINT STATEMENT

Pursuant to the court's Notice of Scheduling Conference and Local Rule 16.1, the Parties submit the following joint statement:

1. <u>Proposed Discovery Plan</u>

See Draft Scheduling Order, attached as <u>Exhibit A</u>.

2. <u>Local Rule 16.1(D)(3) Certifications</u>

See, the Parties Certifications, attached as <u>Exhibit B</u>.

3. <u>Consent to Trial by Magistrate</u>

The parties do not consent to trial by magistrate.

4. <u>Status of Settlement</u>

    The parties certify that the plaintiff has tendered a settlement proposal to the defendants, which the defendants rejected.

-2-

Respectfully Submitted,

| | |
|---|---|
| Irene Zamd | Vertex Pharmaceuticals, Inc. |
| Plaintiff | Defendant |
| by her attorneys, | By their attorneys, |
| | |
| _/s/ Beth R. Myers_ | _/s/ Bridget M. Maricich_ |
| Jonathan J. Margolis, BBO # 319980 | Bridget M. Maricich |
| jmargolis@theemploymentlawyers.com | bmaricich@seyfarth.com |
| Beth R. Myers, BBO # 676043 | Lynn A. Kappelman |
| beth@theemploymentlawyers.com | LKappelman@seyfarth.com |
| Powers, Jodoin, Margolis & Mantell LLP | Seyfarth Shaw LLP |
| 111 Devonshire Street, Suite 400 | Seaport East |
| Boston, MA 02109 | Two Seaport Lane, Suite 300 |
| (617) 742-7010 | Boston, Massachusetts 02210-2028 |
| | 1-617-946-4910 |

Dated:  September 25, 2017