UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x
IRENE ZAMD,
Plaintiff,

v. Civil Action No. 1:17-cv-11219

VERTEX PHARMACEUTICALS, INC.,
Defendant.
---------------------------------------------x

MOTION TO AMEND COMPLAINT

Plaintiff, Irene Zamd, hereby moves to amend her complain, in the form attached as Exhibit A to this motion. As ground therefore, Plaintiff states as follows:

1. This is an action for employment discrimination based on disability and failure to accommodate, and retaliation in violation of 42 U.S.C. §12112.

2. Plaintiff Irene Zamd suffers from a medical condition known as Multiple Chemical Sensitivity, which causes her to be hyper sensitive to scented products.

3. Ms. Zamd's doctors believe that her condition is the result of a five centimeter cyst above and behind her left eye that presses on the olfactory nerve. When she is exposed to most products containing fragrances, her condition causes symptoms that include severe headaches/migraines, nausea, numbness on one side of her face and neck, metallic taste, respiratory difficulties and other symptoms

4. In February 2013, while employed by Defendant, Ms. Zamd requested a reasonable accommodation for her medical condition. Specifically, she requested to work from home three days per week.

5. On May 20, 2013, three months after requesting accommodation, Vertex informed Ms. Zamd that her request for accommodation had been granted.

6. Two days later, on May 22, 2013, Defendant dismissed Ms. Zamd, citing performance issues.

7. Following her dismissal, and after exhausting her administrative requirements, Ms. Zamd filed the instant matter, alleging discrimination on the basis of disability, failure to accommodate and retaliation.

8. In response to paragraph 20 of the Complaint, Defendant included the following "Defendant denies that Plaintiff's putative sensitivity to scent constituted a disability." Thus, the defendant has alleged that it agreed to accommodate a disability that it denies. The relevant excerpt from the Defendant's Answer is attached hereto as Exhibit B.

9. Ms. Zamd now moves to amend her Complaint to allege a claim for discrimination on the basis of being regarded as disabled, and to clarify the allegations of the original complaint.

10. Defendant cannot show that it will be prejudiced by allowance of this motion where the facts supporting a regarded as claim are identical to the facts alleged in support of Plaintiff's claim for discrimination on the basis of disability, and where

no depositions have been taken in this matter and discovery does not close until July 3, 2018.

11. Leave to amend shall be freely given when justice so requires, and where, as here, the amendment is not futile and will not cause undue delay. Fed. R. Civ. P. 15(a)(2)

WHEREFORE, the Plaintiff moves this Court to grant this motion and to permit her to file a Second Amended Complaint in the form annexed hereto.

November 2, 2017

Irene Zamd
Plaintiff
by her attorneys,

*/s/ Beth R. Myers*

Jonathan J. Margolis, BBO # 319980
jmargolis@theemploymentlawyers.com
Beth R. Myers, BBO # 676043
beth@theemploymentlawyers.com
Powers, Jodoin, Margolis & Mantell LLP
111 Devonshire Street, Suite 400
Boston, MA 02109
(617) 742-7010

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document(s), filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 2nd day of November 2017.

*/s/ Beth R. Myers*
Beth R. Myers

## CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that on November 2, 2017 counsel conferred and attempted in good faith to narrow and resolve the issue.

*/s/ Beth R. Myers*
Beth R. Myers