The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Room 601, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

Thomas William Ratliff, Esquire
c/o Joel Aaron Cohen
1338 L Street SE
Washington, DC 20003

JAN 3 1 2017

Irene Zamd
P.O. Box 5057
Framingham, MA 01701

RE: Irene Zamd v. Vertex Pharmaceuticals, Inc.
MCAD DOCKET NO: 14BEM00335 (EEOC Charge No. 16C-2014-00895)

Dear Parties:

On October 27, 2016, a preliminary hearing was held regarding the above reference complaint to consider the Complainant's appeal of lack of probable cause finding issued in this Complaint on August 3, 2016.

Based upon information presented at the appeal hearing and a review of the evidence adduced in investigation, I have determined that the Lack of Probable Cause finding in this case is affirmed. This means that investigation and appeal evidence fails to establish sufficient evidence to determine that an unlawful act of discrimination has been committed.

The above decision represents a final action by the Commission and no further action regarding this complaint will be considered.

All employment complaints where applicable, are dual filed with the U.S. Equal Employment Opportunity Commission (EEOC). Our finding will be forwarded to its Area Office, JFK Federal Building, Boston, MA 02203. The MCAD finding will be given substantial weight by the EEOC provided that such finding are in accordance with the requirements of Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, and/or The Americans with Disabilities Act of 1990.

Very truly yours,

Charlotte Golar Richie
Investigating Commissioner

cc: Mark D. Pomfret, Esquire
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111