**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IRENE ZAMD,<br><br>Plaintiff,<br><br>v.<br><br>VERTEX PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No. 1:17-CV-11219-LTS |

**<u>JOINT MOTION TO REFER CASE TO MEDIATION</u>**

Pursuant to Local Rule 16.1(c), Plaintiff Irene Zamd ("Plaintiff") and Defendant Vertex Pharmaceuticals Incorporated ("Defendant")(collectively, the "Parties") respectfully request that the Court refer this matter to mediation. In support of this motion, the Parties state the following:

1. On June 30, 2017, Plaintiff filed a complaint against Defendant. *See Dkt. No. 1*. Defendant filed its answer September 8, 2017. *See Dkt. No. 10.*

2. On October 10, 2017, the Court entered a Scheduling Order setting, *inter alia*, the deadline for the completion of fact discovery as July 3, 2018. The next status conference in this matter is scheduled for July 10, 2018 at 2:00 p.m. *See Dkt. No. 18.*

3. On November 21, 2017, upon leave of court, Plaintiff filed the First Amended Complaint. *See Dkt. No. 24.* Defendant filed its Answer on December 1, 2017. *See Dkt. No. 25.*

4. The Parties have been actively engaged in discovery. However, at this juncture, the Parties have agreed that attempting to resolve this matter through mediation may be beneficial before engaging in additional fact discovery.

5. Accordingly, pursuant to Local Rule 16.1(c)(2), the Parties respectfully request that this matter be referred to mediation in early February 2018. The Parties have conferred and are mutually available on February 1, 5, 6, and 8 of 2018.

6. Finally, the Parties jointly and respectfully request that Magistrate Judge Judith Dein be assigned as mediator.

Wherefore, the Parties jointly request that this matter be referred to mediation pursuant to Local Rule 16.1(c)(2) as described herein.

Respectfully submitted,

*/s/ Beth R. Myers*

Jonathan J. Margolis (BBO # 319980)
Beth R. Myers (BBO # 676043)
jmargolis@theemploymentlawyers.com
beth@theemploymentlawyers.com
Powers, Jodoin, Margolis & Mantell LLP
111 Devonshire Street, Suite 400
Boston, MA 02109
(617) 742-7010

***Counsel for Plaintiff Irene Zamd***

/s/ *Bridget M. Maricich*

Lynn A. Kappelman (BBO # 642017)
Bridget M. Maricich (BBO # 670844)
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
lkappelman@seyfarth.com
bmaricich@seyfarth.com
Tel: (617) 946-4800
Fax: (617) 946-4801

***Counsel for Defendant Vertex Pharmaceuticals, Inc.***

**DATED: January 17, 2018**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of January, 2018, a copy of the foregoing document was filed electronically through the Court's ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Bridget M. Maricich*