**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

IRENE ZAMD
Plaintiff(s)

V.

VERTEX PHARMACEUTICALS, INC
Defendant(s)

CIVIL ACTION

NO. 17-CV-11219-LTS

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to **mediation with Magistrate Judge Judith G. Dein to take place on February 1, 5, or 6, 2018 or at a time convenient for the Judge** for the following ADR program:

_______ SCREENING CONFERENCE
__X__ MEDIATION
_______ SUMMARY JURY TRIAL
_______ SPECIAL MASTER
_______ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM
_______ COUNSEL TO BE APPOINTED FOR LIMITED PURPOSE OF MEDIATION
_______ EARLY NEUTRAL EVALUATION
_______ MINI-TRIAL
_______ SETTLEMENT CONFERENCE

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

**1/18/2018**
DATE

**/s/ Leo T. Sorokin**
UNITED STATES DISTRICT JUDGE

CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | ____________________ | | |