**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IRENE ZAMD,<br><br>Plaintiff,<br><br>v.<br><br>VERTEX PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No. 1:17-CV-11219-LTS |

**NOTICE OF DEFENDANT WITHDRAWAL FROM MEDIATION**

By this notice, Defendant Vertex Pharmaceuticals Incorporated ("Defendant") withdraws from the court-referred mediation before Judge Judith Dein, currently scheduled for March 27, 2018.

On January 17, 2018, Defendant and Plaintiff Irene Zamd ("Plaintiff") filed a Joint Motion to Refer Case to Mediation. *See Dkt. No. 26.* The court subsequently referred the case to mediation with Judge Judith Dein and, by agreement of the parties, scheduled the mediation for March 27, 2018. *See Dkt. Nos. 27-30.* Since that time, communications from Plaintiff have made clear that mediation at this juncture would not likely lead to resolution of this matter.

Wherefore, Defendant respectfully withdraws from the scheduled mediation.

Respectfully submitted,

/s/ *Bridget M. Maricich*__________
Lynn A. Kappelman (BBO # 642017)
Bridget M. Maricich (BBO # 670844)
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
lkappelman@seyfarth.com
bmaricich@seyfarth.com
Tel: (617) 946-4800
Fax: (617) 946-4801

***Counsel for Defendant Vertex Pharmaceuticals, Inc.***

**DATED: February 16, 2018**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of February, 2018, a copy of the foregoing document was filed electronically through the Court's ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Bridget M. Maricich*