UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

--------------------------------------------x
IRENE ZAMD,
Plaintiff,

v. Civil Action No. 1:17-cv-11219

VERTEX PHARMACEUTICALS, INC.,
Defendant.
---------------------------------------------x

# JOINT MOTION TO REFER CASE TO MEDIATION AND TO AMEND THE SCHEDULING ORDER

The Parties, Irene Zamd and Vertex Pharmaceuticals, Inc., respectfully move this Court to refer the case to mediation pursuant to Local Rule 16.1(c), and to enter a revised Scheduling Order in the form attached hereto as Exhibit A, extending the remaining deadlines in this matter by three months, so that the Parties may complete discovery in the event they are unable to reach a resolution. As grounds for this motion, the Parties state the following:

1. This is the Parties' first request to extend deadlines in this matter.

2. The Parties have been actively engaged in discovery. However, at this juncture, the Parties have agreed that attempting to resolve this matter through mediation may be beneficial.

3. Accordingly, pursuant to Local Rule 16.1(c)(2), the Parties respectfully request that this matter be referred to mediation in early July 2018.

4. The Parties jointly and respectfully request that Magistrate Judge Judith Dein be assigned as mediator.

5. The Parties also request an extension of the deadlines set forth in the Scheduling Order dated October 10, 2017 in order to complete discovery in the event the parties are unable to resolve the case through mediation.

6. The present Scheduling Order requires all fact discovery to be completed by July 3, 2018.

7. Although the parties have exchanged requests for production of documents and interrogatories, and they have taken three depositions, the parties have reached an impasse with respect to the scope of discoverable information.

8. Additionally, the defendant has not yet responded to the plaintiff's second request for production of documents, or produced documents requested pursuant to Schedule A attached to the Rule 30(b)(6) deposition notice.

9. On May 23, 2018, the plaintiff filed a motion to compel. That motion is currently pending before Magistrate Judge Hon. Donald L. Cabell.

10. The plaintiff has noticed the depositions of four additional fact witnesses and a Rule 30(b)(6) witness, and cannot complete those depositions until the court rules on her motion to compel, and until the defendant responds to the outstanding discovery described in Par. 8, above.

WHEREFORE, in order to attempt to resolve this case through mediation, and in the alternative to complete discovery in the event the Parties are unable to resolve the matter, the Parties jointly request that:

1) this matter be referred to mediation pursuant to Local Rule 16.1(c)(2) as described herein;

2) enter a revised Scheduling Order in the form attached hereto as Exhibit A, extending the remaining deadlines in this matter by three months; and

3) the Court grant such additional relief as the court deems reasonable and proper.

June 6, 2018

Irene Zamd
Plaintiff
by her attorneys,

*/s/ Beth R. Myers*
Jonathan J. Margolis (BBO # 319980)
Beth R. Myers (BBO # 676043)
jmargolis@theemploymentlawyers.com
beth@theemploymentlawyers.com
Powers, Jodoin, Margolis & Mantell LLP
111 Devonshire Street, Suite 400
Boston, MA 02109
(617) 742-7010

Vertex Pharmaceuticals, Inc.
Defendant
By its attorneys,

*/s/ Lynn A. Kappelman*
Lynn A. Kappelman (BBO # 642017)
lkappelman@seyfarth.com
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Tel: (617) 946-4800

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document(s), filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 6th day of June 2018.

*/s/ Beth R. Myers*
Beth R. Myers