**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Irene Zamd**

Plaintiff(s)

CIVIL ACTION

V.

NO. **1:17-cv-11219 LTS**

**Vertex Pharmaceuticals, Inc.**

Defendant(s)

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to **Judge Dein for mediation in early July 2018** for the following ADR program:

_______ SCREENING CONFERENCE

__X____ **MEDIATION**

_______ SUMMARY JURY TRIAL

_______ SPECIAL MASTER

_______ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

______ EARLY NEUTRAL EVALUATION

______ MINI-TRIAL

______ SETTLEMENT CONFERENCE

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

6/18/18
DATE

/s/ LEO T. SOROKIN
UNITED STATES DISTRICT JUDGE

CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | ______ | Antitrust | ______ |
| Civil Rights | ______ | Contract | ______ |
| Copyright/Trademark/Patent | ______ | Environmental | ______ |
| ERISA | ______ | FELA | ______Labor |
| Relations | ______ | Medical Malpractice | _____ |
| Personal Injury | ______ | Product Liability | _____ |
| Shareholder Dispute | ______ | | |
| Other | ______________________________________ | | |

(17-11219 Order of Referral to ADR.wpd - 4/12/2000)
[orefadr.]